DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

R.J. REYNOLDS TOBACCO COMPANY,

Appellant,

v.

JOHN LONG, as personal representative of the Estate of CAROLYN
LONG,

Appellee.

_____

No. 2D22-2339
_____

November 15, 2023

Appeal from the Circuit Court for Hillsborough County; Christopher C.
Nash, Judge.

Marie A. Borland and Troy A. Fuhrman of Hill Ward Henderson, Tampa;
Brian C. Lea, Scott M. Edson of Jones Day, Atlanta, Georgia; and Charles
R.A. Morse of Jones Day, New York, New York, for Appellant.

George A. Vaka of Vaka Law Group, P.L., Tampa and William L. Clark,
Shane A. Newlands, Jeremiah Fues of Newlands and Clark, Lakewood
Ranch, for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, LUCAS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.